13 So.2d 899

**Gertrude LOGAN v. STATE.**

6 Div. 977.

Court of Appeals of Alabama.
May 11, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

14 So.2d 914

**Gus LONG v. STATE.**

7 Div. 736.

Court of Appeals of Alabama.
June 15, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

18 So.2d 882

**Ezekiel LOVEJOY v. STATE.**

6 Div. 50.

Court of Appeals of Alabama.
May 9, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

20 So.2d 895

**P. B. LOWREY v. CITY OF DECATUR.**

8 Div. 415.

Court of Appeals of Alabama.
Jan. 18, 1945.

PER CURIAM.
Appeal dismissed, want of prosecution.

18 So.2d 882

**Eloner McBURNETT v. STATE.**

7 Div. 750.

Court of Appeals of Alabama.
May 9, 1944.

Roderick Beddow, of Birmingham, and Albert Rains, of Gadsden, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

15 So.2d 923

**Andrew Frank McCAIN v. STATE.**

5 Div. 195.

Court of Appeals of Alabama.
Nov. 23, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.